IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN CAPITAL GROUP L.P., et al., | No. C 03-3536 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| MICHAEL L. HERNE, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Motion to re-open the case, or alternatively, for a three-week extension of the deadline for moving to re-open the case. [Docket No. 230]. Plaintiffs assert that while the parties have agreed to all of the written terms of the settlement agreement, the agreement has not yet been signed by all Defendants.

Accordingly,

IT IS HEREBY ORDERED THAT the deadline to move to re-open the action is extended. Any party may move to re-open the instant action no later than **21 days** from the date of this Order.

IT IS SO ORDERED.

Dated:  5-25-05

      /s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge